FILED

NOV 17 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21-30173-SPM |
| | ) | |
| BARNEE HOLTE, | ) | Title 18 |
| | ) | United States Code, |
| Defendant. | ) | Section 1709 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Theft of Mail by Postal Employee – 18 U.S.C. § 1709

On or about December 7, 2020, in St. Clair County in the Southern District of Illinois, the defendant,

BARNEE HOLTE,

a United States Postal Service employee with the East St. Louis Post Office, did steal with intent to convert to her own use a $50.00 Walmart gift card contained within an envelope mailed by J.F. from the post office in Cahokia, Illinois, which envelope came into her possession intended to be conveyed by mail.

In violation of Title 18, United States Code, Section 1709.

### COUNT 2
### Theft of Mail by Postal Employee – 18 U.S.C. § 1709

On or about January 25, 2021, in St. Clair County in the Southern District of Illinois, the defendant,

BARNEE HOLTE,

a United States Postal Service employee with the East St. Louis Post Office, did embezzle mail which had been entrusted to her and which came into her possession intended to be conveyed by mail, namely:

An envelope addressed to an individual with the initials M.R. at an address on Hanover Street in Germantown, Illinois, and bearing a return address in Lebanon, Illinois;

An envelope addressed to an individual with the initials D.F. at an address on Sun Valley Drive in Asbury, Iowa, and bearing a return address in Cahokia, Illinois;

An envelope addressed to an individual with the initials D.W. at an address on West Minerte in St. Louis, Missouri, and bearing a return address in East St. Louis, Illinois;

An envelope addressed to an individual with the initials R.F. at an address on Centerville Road in Columbia, Illinois, and bearing a return address in Cahokia, Illinois;

An envelope addressed to an individual with the initials M.G. at an address on Firelight Drive in St. Louis, Missouri, and bearing a return address in Cahokia, Illinois;

An envelope addressed to an individual with the initial M. at an address on Louisiana Avenue in East St. Louis, Illinois, and bearing a return address in Shiloh, Illinois;

An envelope addressed to an individual with the initials K.M. at an address on West Liberty Prairie Lane in Edwardsville, Illinois, and bearing a return address in Cahokia, Illinois;

An envelope addressed to an individual with the initials J.M. at an address on Marseilles Drive in Cahokia, Illinois, and bearing a return address in Cahokia, Illinois; and

An envelope addressed to an individual with the initials B.H. at an address on South Fifteenth Street in Lincoln, Nebraska, and bearing a return address in Cahokia, Illinois.

In violation of Title 18, United States Code, Section 1709.

<u>**COUNT 3**</u>
**Theft of Mail by Postal Employee – 18 U.S.C. § 1709**

On or about January 25, 2021, in St. Clair County in the Southern District of Illinois, the defendant,

BARNEE HOLTE,

a United States Postal Service employee with the East St. Louis Post Office, did embezzle mail which had been entrusted to her and which came into her possession intended to be conveyed by mail, namely, about forty-nine mail items later recovered from her personal vehicle.

In violation of Title 18, United States Code, Section 1709.


**A TRUE BILL**

███████████████
FOREPERSON

*[signature]*
PETER T. REED
Assistant United States Attorney

*[signature]* Digitally signed by STEVEN WEINHOEFT
Date: 2021.11.14 22:45:33 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: $5,000 bond

3